

# U.S. District Court

## Texas Western - Waco

**THIS IS A COPY**

Receipt Date: Apr 6, 2026 2:32PM

ATPG Technology, LLC
740 Woodruff Rd #1102
Greenville, SC 29607

| Rcpt. No: 2382 | Trans. Date: Apr 6, 2026 2:32PM | | | | Cashier ID: #NW (6946) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | DTXW626CV000224 | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1108 | 04/3/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments:** LARRY GOLDEN vs. APPLE, INC

Clerk, United States District Court - Waco Division - 800 Franklin Ave, Rm 380, Waco, TX 76701 (254) 750-1501 - www.txwd.uscourts.gov