# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN,

          Plaintiff,

    v.

APPLE, INC.,

          Defendant.

22-cv-04152-VC

**JUDGMENT**

The Court, having dismissed this case without leave to amend, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated:  October 20, 2022

_____

VINCE CHHABRIA
United States District Judge