**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

LARRY GOLDEN,

                Plaintiff,

        v.

APPLE INC.,

                Defendant.

Civil Action No. 6-26-cv-00224-AM-DNM

**[PROPOSED] ORDER**

Before the Court is Defendant Apple Inc.'s motion to dismiss the First Amended Complaint. After due consideration, the Court is of the opinion that it should be and hereby is GRANTED. Accordingly, it is ORDERED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.

Dated: _____       By: _____

                                          United States District Court Judge

1